IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-296-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REGINALD DWAYNE GRANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for recommendation concerning length of residential re-entry center / halfway house or home confinement placement time (DE 59). Upon consideration of the motion, the court DIRECTS the government to file, on or before **May 23, 2017**, a response or other filing noticing whether it has objection to the requested relief.

SO ORDERED, this the 2nd day of May, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge